In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-468 CR


 ______________________


 

EDWARD MATTHEW HEMPEL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18,720






MEMORANDUM OPINION 


 We have before the Court a motion from the appellant, Edward Matthew Hempel, to
withdraw his appeal. See Tex. R. App. P. 42.2. A motion to dismiss the appeal is signed by
appellant personally and by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed.



 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered June 20, 2007 

Do not publish


Before Gaultney, Kreger, and Horton, JJ.